UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCHERING-PLOUGH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Misc. Action No. 07-0075 (JDB) |

### ORDER

Upon consideration of the United States' unopposed oral motion to withdraw its motion to quash the subpoena served upon Margo L. Stevens, it is this 27th day of February, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that this case is dismissed without prejudice.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  February 27, 2007

-1-